**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jose Antonio FLORES–GUZMAN, also known as Marcos Antonio Flores–Solis, Defendant–Appellant.**

No. 06–50413

Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Sept. 8, 2006.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Philip J. Lynch, Federal Public Defender's Office, San Antonio, TX, for Defendant–Appellant.

Before KING, GARWOOD, and JOLLY, Circuit Judges.

PER CURIAM: *

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

Appealing the Judgment in a Criminal Case, Jose Antonio Flores–Guzman raises arguments that are foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.